# EXHIBIT B



'RHONJ' star Joe Giudice through the years

Posted on March 21, 2016 12:35 PM | Updated September 11, 2017 6:12 PM

Vicki Hyman | NJ Advance Media for NJ.com

'RHONJ' star Joe Giudice through the years

Teresa and Joe Giudice on their wedding day in 1999. (Bravo)