

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002027519
Search Results: Displaying 1 of 1 entries



*Group Registration of Published Photographs; Theresa Gorga and Joseph...*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002027519 / 2016-12-23 |
| **Application Title:** | Group Registration of Published Photographs; Theresa Gorga and Joseph Giudice Wedding; All published 10/23/1999; 79 photographs. |
| **Title:** | Group Registration of Published Photographs; Theresa Gorga and Joseph Giudice Wedding; All published 10/23/1999; 79 photographs. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Abbey Photography Inc. Address: 416 East Central Blvd., Palisades Park, NJ, 07650, United States. |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 1999-10-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Abbey Photography Inc.; Citizenship: United States. Authorship: photograph. |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | Theresa Gorga and Joseph Giudice Wedding1.jpg Theresa Gorga and Joseph Giudice Wedding2.jpg Theresa Gorga and Joseph Giudice Wedding3.jpg Theresa Gorga and Joseph Giudice Wedding4.jpg Theresa Gorga and Joseph Giudice Wedding5.jpg Theresa Gorga and Joseph Giudice Wedding6.jpg Theresa Gorga and Joseph Giudice Wedding7.jpg Theresa Gorga and Joseph Giudice Wedding8.jpg Theresa Gorga and Joseph Giudice Wedding9.jpg Theresa Gorga and Joseph Giudice Wedding10.jpg Theresa Gorga and Joseph Giudice Wedding11.jpg Theresa Gorga and Joseph Giudice Wedding12.jpg Theresa Gorga and Joseph Giudice Wedding13.jpg Theresa Gorga and Joseph Giudice Wedding14.jpg Theresa Gorga and Joseph Giudice Wedding15.jpg Theresa Gorga and Joseph Giudice Wedding16.jpg Theresa Gorga and Joseph Giudice Wedding17.jpg Theresa Gorga and Joseph Giudice Wedding18.jpg Theresa Gorga and Joseph Giudice Wedding19.jpg Theresa Gorga and Joseph Giudice Wedding20.jpg Theresa Gorga and Joseph Giudice Wedding21.jpg Theresa Gorga and Joseph Giudice Wedding22.jpg Theresa Gorga and Joseph Giudice Wedding23.jpg Theresa Gorga and Joseph Giudice Wedding24.jpg Theresa Gorga and Joseph Giudice Wedding25.jpg Theresa Gorga and Joseph Giudice Wedding26.jpg Theresa Gorga and Joseph Giudice Wedding27.jpg Theresa Gorga and Joseph Giudice Wedding28.jpg Theresa Gorga and Joseph Giudice Wedding29.jpg Theresa Gorga and Joseph Giudice |

Wedding30.jpg Theresa Gorga and Joseph Giudice Wedding31.jpg Theresa Gorga and Joseph Giudice Wedding32.jpg Theresa Gorga and Joseph Giudice Wedding33.jpg Theresa Gorga and Joseph Giudice Wedding34.jpg Theresa Gorga and Joseph Giudice Wedding35.jpg Theresa Gorga and Joseph Giudice Wedding36.jpg Theresa Gorga and Joseph Giudice Wedding37.jpg Theresa Gorga and Joseph Giudice Wedding38.jpg Theresa Gorga and Joseph Giudice Wedding39.jpg Theresa Gorga and Joseph Giudice Wedding40.jpg .

Theresa Gorga and Joseph Giudice Wedding41.jpg Theresa Gorga and Joseph Giudice Wedding42.jpg Theresa Gorga and Joseph Giudice Wedding43.jpg Theresa Gorga and Joseph Giudice Wedding44.jpg Theresa Gorga and Joseph Giudice Wedding45.jpg Theresa Gorga and Joseph Giudice Wedding46.jpg Theresa Gorga and Joseph Giudice Wedding47.jpg Theresa Gorga and Joseph Giudice Wedding48.jpg Theresa Gorga and Joseph Giudice Wedding49.jpg Theresa Gorga and Joseph Giudice Wedding50.jpg Theresa Gorga and Joseph Giudice Wedding51.jpg Theresa Gorga and Joseph Giudice Wedding52.jpg Theresa Gorga and Joseph Giudice Wedding53.jpg Theresa Gorga and Joseph Giudice Wedding54.jpg Theresa Gorga and Joseph Giudice Wedding55.jpg Theresa Gorga and Joseph Giudice Wedding56.jpg Theresa Gorga and Joseph Giudice Wedding57.jpg Theresa Gorga and Joseph Giudice Wedding58.jpg Theresa Gorga and Joseph Giudice Wedding59.jpg Theresa Gorga and Joseph Giudice Wedding60.jpg Theresa Gorga and Joseph Giudice Wedding61.jpg Theresa Gorga and Joseph Giudice Wedding62.jpg Theresa Gorga and Joseph Giudice Wedding63.jpg Theresa Gorga and Joseph Giudice Wedding64.jpg Theresa Gorga and Joseph Giudice Wedding65.jpg Theresa Gorga and Joseph Giudice Wedding66.jpg Theresa Gorga and Joseph Giudice Wedding67.jpg Theresa Gorga and Joseph Giudice Wedding68.jpg Theresa Gorga and Joseph Giudice Wedding69.jpg Theresa Gorga and Joseph Giudice Wedding70.jpg Theresa Gorga and Joseph Giudice Wedding71.jpg Theresa Gorga and Joseph Giudice Wedding72.jpg Theresa Gorga and Joseph Giudice Wedding73.jpg Theresa Gorga and Joseph Giudice Wedding74.jpg Theresa Gorga and Joseph Giudice Wedding75.jpg Theresa Gorga and Joseph Giudice Wedding76.jpg Theresa Gorga and Joseph Giudice Wedding77.jpg Theresa Gorga and Joseph Giudice Wedding78.jpg Theresa Gorga and Joseph Giudice Wedding79.jpg .

**Names:** Abbey Photography Inc.



**Save, Print and Email (Help Page)**

Select Download Format [Full Record] [Format for Print/Save]

Enter your email address: [_____] [Email]

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page