

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002007067
Search Results: Displaying 1 of 1 entries



*Group Registration of Published Photographs; Theresa Gorga and Joseph...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002007067 / 2016-06-16 |
| **Application Title:** | Group Registration of Published Photographs; Theresa Gorga and Joseph Giudice Wedding; all published 10/23/1999; 79 photographs. |
| **Title:** | Group Registration of Published Photographs; Theresa Gorga and Joseph Giudice Wedding; all published 10/23/1999; 79 photographs. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Neal Clipper. Address: 416 East Central Blvd., Palisades Park, NJ, 07650, United States. |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 1999-10-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Neal Clipper; Citizenship: United States. Authorship: photograph. |
| **Names:** | Clipper, Neal |





Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page