| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein<br>        U.S. Magistrate Judge | | Date:<br>Time: | 9/25/2019<br>2:00 p.m. |

*Abbey Photography, Inc. v. Advance Publications, Inc.*
19-CV-2214 (RRM) (JO)

Type of Conference:  Settlement

Appearances:    Plaintiff      James H. Freeman

                Defendant     Justin T. Quinn (counsel), Steven Gaynor (client)

Scheduling: The next pretrial conference will be held on February 5, 2020, at 9:30 a.m.

Summary: The parties discussed settlement but did not reach an agreement.

                                                    SO ORDERED

                                                    _____/s/_____
                                                    James Orenstein
                                                    U.S. Magistrate Judge