

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

January 9, 2020

**VIA ECF**

Hon. Roslynn R. Mauskopf, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Abbey Photography, Inc. v. Advance Publications, Inc.*
              **Civil Action No. 19-02214 (RRM) (JO)**

Dear Judge Mauskopf:

      This Firm represents Defendant Advance Local Media LLC in the above-referenced matter. On behalf of the Parties, I write to advise the Court that this matter has been settled. I, therefore, enclose a proposed Stipulation of Settlement and Dismissal with Prejudice. If this meets with Your Honor's approval, the Parties respectfully request that the Stipulation be signed and entered on the Court's docket.

      We thank the Court for its consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

                                                Respectfully submitted,

                                               s/ Justin T. Quinn
                                               Justin T. Quinn

cc:     All counsel of record (*via* ECF)