UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBEY PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCE PUBLICATIONS, INC. <br><br> Defendant. | Civil Action No. 19-02214 (RRM) (JO) <br><br> **STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Abbey Photography, Inc. and Defendant Advance Local Media LLC, that a settlement has been reached between the parties and the above-captioned action is voluntarily dismissed with prejudice.

Dated: January 9, 2020

| | |
|---|---|
| LIEBOWITZ LAW FIRM, PLLC | ROBINSON MILLER LLC |
| s/ Richard P. Liebowitz | s/ Justin T. Quinn |
| Richard P. Liebowitz | Justin T. Quinn, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Liebowitz Law Firm, PLLC | Robinson Miller LLC |
| 11 Sunrise Plaza, Suite 305 | Ironside Newark |
| Valley Stream, NY 11580 | 110 Edison Place, Suite 302 |
| 516-233-1660 | Newark, New Jersey 07102 |
| rl@liebowitzlawfirm.com | 973-690-5400 |
| | JQuinn@rwmlegal.com |

SO ORDERED:

_____
    Hon. Roslynn R. Mauskopf
    United States District Judge

Dated: January ___, 2020